IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



PETER E. PAUL,

    Petitioner,

v.                              CIVIL ACTION NO.  **3:07CV185**

**VANESSA ADAMS,**

    Respondent.

**MEMORANDUM OPINION**

Petitioner, a federal prisoner proceeding pro se, submitted a Section 2241 petition.  By Memorandum Order on April 10, 2007, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return an affidavit in support of his request to proceed in forma pauperis.  More than fifteen (15) days have passed and Petitioner has not returned the required in forma pauperis affidavit.

Petitioner has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment.  Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Petitioner.

An appropriate Order shall issue.

                                            /s/ Robert E. Payne
                                            Robert E. Payne
                                            Senior United States District Judge

Dated:  June 14, 2007
Richmond, Virginia